Rev. 7/06
CO Hab Corp
AO 241 amd.

Page 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Michael L. Johnson
NAME (Under which you were convicted)

19261-050
PRISON NUMBER

M.D.C. Brooklyn
PLACE OF CONFINEMENT/ADDRESS
80-29th St.
Brooklyn, N.Y. 11232
(U.S. Parole Commission) 5550 Friendship Blvd.
Chevy Chase, Md. 20815

**FILED**

AUG 2 5 2008

Clerk, U.S. District and
Bankruptcy Courts

Michael L. Johnson )
(Full Name)           Petitioner )
                                 )
                                 )
                                 )   Case: 1:08-cv-01477
                                 )   Assigned To : Robertson, James
         v.                      )   Assign. Date : 8/25/2008
                                 )   Description: Habeas Corpus/2255
                                 )
                                 )
United States Parole Commission  )
(Name of Warden, Superintendent, Jailor, or
authorized person having custody of petitioner) )
                      Respondent )

### PETITION FOR WRIT OF HABEAS CORPUS
### BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

### INSTRUCTIONS - PLEASE READ CAREFULLY

1. This petition must be legibly handwritten or typed, and signed by the petitioner. <u>Any false statement of material fact may serve as the basis for prosecution and conviction for perjury</u>. All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

1

Page 2

4. If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5. Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

6. When you have completed the form, send the original and one copy to:
   Clerk, United States District Court for the District of Columbia
   Room 1225
   333 Constitution Avenue, NW
   Washington, DC 20001

7. <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1. (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging: District of Columbia Superior Court originally sentenced me. United States Parole Commission, 550 Friendship Blvd, Chevy Chase, Maryland 20815, is detaining me.

2. (a) Date of the sentence (or detention): December 18, 2007

3. Length of sentence: Has not been determined (original sentence 3-9 years.)

4. Nature of offense involved (all counts): Possession With Intent to Distribute (attempted). The Parole Commission's charges are 1. Failure to submit supervision reports, Failure to report to supervising officer, failure to report change in residence.

5. (a) What was your plea? (Check one):
   ☑ Not guilty
   ☐ Guilty
   ☐ Nolo Contendere (no contest)
   ☐ Insanity

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _____
_____
_____
_____
_____
_____
_____

6. Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?
   ☐ Yes
   ☑ No

7. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of Court: _____
       (2) Nature of the proceedings: _____
       _____
       _____
       _____

       (3) Grounds raised: _____
       _____
       _____
       _____
       _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☐ No
       (5) Result: _____
       (6) Date of result: _____

   (b) As to any second petition, application, or motion, give the same information:
       (1) Name of Court: _____
       (2) Nature of the proceedings: _____
       _____
       _____
       _____

       (3) Grounds raised: _____
       _____
       _____
       _____
       _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ☐ No
       (5) Result: _____

      (6)    Date of result: _____

(c)    As to any third petition, application, or motion, give the same information:
      (1)    Name of Court: _____
      (2)    Nature of the proceedings: _____
          _____
          _____

      (3)    Grounds raised: _____
          _____
          _____
          _____

      (4)    Did you receive an evidentiary hearing on your petition, application or motion?
          ☐    Yes
          ☐    No
      (5)    Result: _____
      (6)    Date of result: _____

(d)    Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
      (1)    First petition, etc."
          ☐    Yes
          ☐    No
      (2)    Second petition, etc.:
          ☐    Yes
          ☐    No

      (3)    Third petition, etc.:
          ☐    Yes
          ☐    No

(e)    If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _____
_____
_____
_____
_____

8.    State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A. **GROUND ONE:**
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: I am being held in violation of my rights to a hearing. I have been in custody since 12-18-07 for a warrant issued by the U.S. Parole Commission. I wrote a letter to the Commission's office on 2-5-08 complaining that they were violating my rights. A U.S. probation officer came to M.D.C. Brooklyn on 2-19-08 to conduct a preliminary hearing. I told the officer whose name is Pat Hattersley I wouldn't participate in a hearing nine weeks after execution of the warrant without counsel. I signed the CJA-22 form and ended the meeting. I still have not had a preliminary or revocation hearing as of yet.

B. **GROUND TWO:**
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: Four months have passed since I signed the required forms to be represented at preliminary hearing by counsel. I have not been contacted by an attorney or the Parole Commission in regards to an attorney. I am being denied the right to an attorney. I am submitting this action pro se but would like to be advised by counsel for future proceedings.

C. **GROUND THREE:**
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: I have been held for over six months in a dirty, very overcrowded, stressful, and emotionally draining environment not having a clue when I'll get out. I have wrote to the Parole Commission on three different occasions 2-05-08, 4-21-08, 5-19-08 without any responses. Someone at the Parole Commission recieved my letters because they weren't returned to me. I am stuck in limbo at the Parole Commission's mercy. I am asking the court to issue a preliminary-injunction.

Page 6

D.    GROUND FOUR:

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: The U.S. Parole Commission has not credited me with any good conduct time. I have served 6 years and 4 months of a 3-9 year sentence. I should have 340 days credited to me that's including the six months I have been incarcerated currently. When I made parole on 6-6-06 313 days of good time would have given me credit for 82 months (6 years and 10 months). The maximum with no loss of good time is 92 months (7 years and 8 months and 1 day). I would have had only ten months left to serve on parole. So, April of 2007 would have ended my sentence.

9. If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: I would like to ask the court to appoint counsel to advise me of this complex process. This is my first time filing for any type of assistance from the court. I am seeking to have this parole terminated, or at the least recalculated to reflect my earned good time. I would like to seek monetary damages for grounds one, two, and three. I am requesting that this matter be brought before a jury. I am seeking damages in the amount of $1,000,000.

10. Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?
    ☐ Yes
    ☑ No

(a) If so, give the name and location of the court and case number, if known: _____

11. Do you have any future sentence to serve after you complete the sentence (or detention) under attack?
    ☐ Yes
    ☑ No

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

Page 7

(b) And give date and length of sentence to be served in future: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes
   ☐ No

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*Michael R. Johnson*
Petitioner's Signature

7-15-08
Date

2-5-08

U.S. Parole Commission
550 Friendship Blvd.
Chevy Chase, Md. 20815

To whom it may concern,

I Michael L. Johnson 19261-050 am incarcerated at M.D.C. Brooklyn on an alleged parole violation. I have been held since 12-18-07 on this matter. The only communication I've recieved is from the Marshals (copy of warrant application) upon arrest. This is clearly a violation of my rights to a preliminary hearing and appointment of counsel. One other major concern is the calculation of time remaining on my sentence. My arrest for this offense was 12-13-95, the Commission is to apply D.C. Law from that year when calculating my time. The Commission revoked my parole two times prior to this incident and wrongfully took my street time. On both incidents the time before the issuance of a warrant should have been credited to me. And I have never recieved one day of statutory good time, with a perfect institutional record. I would appreciate in the interest of fairness my time being recalculated and corrected which will prove I have finished my sentence. Or show what regulation requires that I absolutely serve 3,285 days on a 3-9 year sentence.

Michael L. Johnson
Michael Johnson

**FILED**
AUG 25 2008
Clerk, U.S. District and
Bankruptcy Courts

08 1477

Michael L. Johnson 19261-050
M.D.C. Brooklyn

Dear Mr. Kubik,

I am writing you in relation to the parole warrant issued by you on 10-17-07. I was taken into custody 12-18-07, and I have remained in custody since then. A U.S. Probation officer, whose name is Patrick Hattersley came to M.D.C. Brooklyn on 2-19-08 to conduct a preliminary hearing. I refused to participate in the hearing because, as I told Mr. Hattersley my constitutional rights had already been violated. I have now been held illegally in this facility over 5 months, the U.S. Parole Commission has shown absolute and blatant disregard in your violation of my 14th Amendment rights.

Another equally important issue is statutory good time, I have never recieved credit for mine. My institutional record is clean so there's no justification in denying me good time credits. I completed all recommended programs and completed my G.E.D. prior to my initial hearing. I finished the minimum portion of my sentence (3 years) in May 2000, but didn't have a parole hearing until the fall of 2001. I have served six-years and 3 months in physical custody on a 3-9 year sentence.

Now that I have stated my issues I am requesting the immediate withdrawal of your warrant. And second, to recalculate my sentence with the inclusion of my good time and terminate this parole. The Parole Commission's refusal to do what is right will leave me no choice but to take legal action against you.

Sincerely,

Michael L. Johnson

_____, CSN
Authorized by the Act of July 7, 1955
to Administer Oaths 18 USC 4004
May 19, 2008

6
08-1477
JR

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
MICHAEL L. JOHNSON

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
#19361-050

## DEFENDANTS
USPC

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE T

Case: 1:08-cv-01477
Assigned To : Robertson, James
Assign. Date : 8/25/2008
Description: Habeas Corpus/2255

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ■ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other)   OR   ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

— 0 —

| ☒ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2241 - WRIT OF HABEAS CORPUS

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  DEMAND $ _____  Check YES only if demanded in complaint  JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 8-25-08    SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

   I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

   III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

   IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

   VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

   VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd