UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL L. JOHNSON, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 08-1477 (JR) |
| | : | |
| UNITED STATES PAROLE COMMISSION | : | |
| | : | |
| | : | |
| | : | |
| Respondent. | : | |

ORDER

Petitioner challenges his custody at the Metropolitan Detention Center in Brooklyn, New York. He seeks a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Petitioner's custodian is not within this Court's territorial jurisdiction. Accordingly, it is

**ORDERED** that pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of New York.


JAMES ROBERTSON
United States District Judge